464

**Mary R. BARNIDGE, Appellant, v. UNITED STATES of America.**

**No. 12203.**

Circuit Court of Appeals, Eighth Circuit.

Jan. 19, 1942.

Norman Begeman, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and M. Walker Cooper and A. T. Welborn, Sp. Assts. to U. S. Atty., both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from United States District Court docketed and dismissed at costs of appellant, but without taxation of any costs in favor of appellee, on stipulation of parties.

---

**Otto BARNOWSKI v. Robert H. HUD-SPETH, Warden, United States Penitentiary, Leavenworth, Kansas.**

**No. 2492.**

Circuit Court of Appeals, Tenth Circuit.

Jan. 20, 1942.

No appearance for appellant.

No appearance for appellee.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

The lower court having certified that in his opinion the appeal proposed to be taken from the order denying writ of habeas corpus was not taken in good faith, was frivolous and without merit, the motion to proceed in this court in forma pauperis was denied.

---

**BANKERS LIFE COMPANY, Appellant, v. Edward HAVEL, Bankrupt.**

**No. 12205.**

Circuit Court of Appeals, Eighth Circuit.

Feb. 27, 1942.

J. P. Lorentzen and Emory M. Nourse, both of Des Moines, Iowa, and Walter R. Mayne, of St. Louis, Mo., for appellant.

Louis J. Kehoe, of Washington, Iowa, for appellee.

PER CURIAM.

Appeal from District Court denied for lack of jurisdictional amount, etc.

---

**Everett H. BICKLEY, Appellant, v. ELECTRIC SORTING MACHINE CO., a Michigan Corporation, C. H. Runciman, an Individual d. b. a. C. H. Runciman Bean Elevator, Appellees.**

**No. 8840.**

Circuit Court of Appeals, Sixth Circuit.

Feb. 6, 1942.

Melville E. Jones, of Washington, D. C., and Laurence W. Smith, of Grand Rapids, Mich., for appellant.

Earl & Chappell, of Kalamazoo, Mich., for appellees.

Before HICKS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and upon consideration whereof, the decree appealed from is in all things affirmed upon the grounds and for the reasons set forth in the District Court's Findings of Fact and Conclusions of Law filed June 18, 1940, 43 F.Supp. 865.